IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

TODDRICK SUTTON,

      Petitioner,

v.                                           CASE NO. 1:07-cv-00229-MP-AK

ROBERT L. PARKER,

      Respondent.

_____/

## REPORT AND RECOMMENDATION

      This matter is before the Court on Doc. 1, Petition for Writ of Habeas Corpus, filed by

Toddrick Sutton.  Petitioner is presently confined in Dade County, Florida, and was convicted in

Dade County as well.  Jurisdiction is therefore appropriate in the United States District Court for

the Southern District of Florida, as the district of confinement and conviction.  28 U.S.C. §

2241(d).  Under no circumstances is this cause properly pending in this district.

      It is therefore respectfully **RECOMMENDED** that this case be **TRANSFERRED** to the

United States District Court for the Southern District of Florida for all further proceedings.

      **IN CHAMBERS** at Gainesville, Florida, this *15th*   ay of November, 2007.


                        *s/ A. KORNBLUM* _____
                        **ALLAN KORNBLUM**
                        **UNITED STATES MAGISTRATE JUDGE**


## NOTICE TO THE PARTIES

      **A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**